IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **BOBBY LEE LUCAS,** *Plaintiff,* | § § § | |
| VS. | § § | **CIVIL ACTION NO. 6:23-cv-00861** |
| **SAM'S REAL ESTATE BUSINESS TRUST D/B/A DELAWARE SAM'S REAL ESTATE BUSINESS TRUST,** *Defendant.* | § § § § § | **JURY TRIAL REQUESTED** |

## NOTICE OF REMOVAL

Defendant **SAM'S EAST, INC., erroneously named as Sam's Real Estate Business Trust d/b/a Delaware Sam's Real Estate Business Trust,** (hereinafter "Defendant"), files this Notice of Removal of the above-styled action pursuant to 28 U.S.C. § 1446(a) and would respectfully represent and show unto this Court the following:

### A. Introduction

1. Defendant has filed their Civil Cover Sheets pursuant to Local Rule 3.1 and Local Rule 81.1. *See* **Exhibit A.**

2. On or about October 26, 2023, Plaintiff **BOBBY LEE LUCAS** ("Plaintiff") initiated the state court lawsuit against Defendant in the 146th Judicial District Court of Bell County, styled *Bobby Lee Lucas v. Sam's Real Estate Business Trust d/b/a Delaware Sam's Real Estate Business Trust*; Cause No. 23DCV342355 (the "State Court Action"). In the State Court Action, Plaintiff alleged a cause of action for premises liability against Defendant. In addition, Plaintiff seeks to recover damages for physical pain in the past and future; mental anguish in the past and future; loss of earnings or earning capacity in the past and future; disfigurement in the past and future; physical and mental impairment in the past and future; and reasonable expenses

for necessary health care including rehabilitative services and devices resulting from the injuries. *See Plaintiff's Original Petition*, attached hereto as **Exhibit B**.

3. The attorneys involved in the action being removed are listed as follows:

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| Plaintiff – Bobby Lee Lucas | Arash Karimi<br>Texas Bar No. 24128934<br>DANIEL STARK, P.C.<br>P.O. Box 1153<br>Bryan, TX 77806<br>Phone: 979-846-8686<br>Fax: 979-764-8002<br>Email: akarimi@danielstarklaw.com |
| Defendant – Sam's East, Inc. | Brett H. Payne<br>Texas Bar No. 00791417<br>WALTERS, BALIDO & CRAIN, L.L.P.<br>9020 N. Capital of Texas Highway<br>Building I, Suite 170<br>Austin, Texas 78759<br>Phone: 512-472-9000<br>Fax: 512-472-9002<br>Email: paynevfax@wbclawfirm.com |

4. The name and address of the court from which the case is being removed is as follows:

> 146th Judicial District Court
> The Honorable Jack Jones
> P.O. Box 324
> 1201 Huey Road
> Belton, Texas 76513
> Phone: (254) 933-6737
> Fax: (254) 933-5978

## B. The Notice Of Removal Is Timely

5. Defendant's agent was served with citation and a copy of Plaintiff's Original Petition on or about November 17, 2023. *See* **Exhibit C**. Pursuant to 28 U.S.C. § 1446(b), Defendant's Notice of Removal was filed within thirty (30) days after receipt by Defendant,

through service or otherwise, of a copy of an initial pleading from which it may first be ascertained that the case is one which is or has become removable.

### C. Complete Diversity & Amount In Controversy Is Over the Threshold

6. Pursuant to the State Court Action, at the time of the filing of this Petition, Plaintiff Bobby Lee Lucas was, and is still, a citizen and resident of Bell County, Texas.

7. Defendant Sam's East, Inc. is now, and was at all times relevant hereto, an incorporated entity under the laws of the State of Arkansas with its principal place of business in Bentonville, Arkansas. Defendant's corporate headquarters, including officers and directors, is located at 702 S.W. 8th Street, Bentonville, Arkansas 72716-8312.

8. Accordingly, for diversity purposes, Sam's East, Inc. is a citizen of Arkansas. *MidCap Media Fin., L.L.C.*, 929 F.3d at 314.

9. In light of the foregoing, the parties are of completely diverse citizenship. *See* 28 U.S.C. §§ 1332(a), 1332(c)(1) 1441(b).

10. Further, the case involves an amount in controversy of more than $75,000. *See* 28 U.S.C. § 1332(a). A court can determine that removal is proper from a plaintiff's pleadings if plaintiff's claims are those that are likely to exceed the jurisdictional amount. *See Allen v. R&H Oil & Gas., Co*, 63 F.3d 1326, 1335 (5th Cir. 1995); *De Aguilar v. Boeing Co.*, 11 F.3d 55, 57 (5th Cir. 1993). In the State Court Action, Plaintiff alleges he seeks "monetary relief over $1,000,000." See **Exhibit B**. Thus, the amount in controversy in the instant case meets the requirements for removal.

11. Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). *See* **Exhibit D.**

### D. Basis for Removal

12.     Because this is a civil action of which the District Courts of the United States have original jurisdiction, this case may be removed by this Court pursuant to 28 U.S.C. § 1446(b). Further, because Plaintiff is a citizen and resident of Texas, Defendant's principal place of business is located in Arkansas, and the amount in controversy exceeds $75,000.00, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. § 1132. As such, this removal action is proper.

### E. Filing of Notice with State Court

13.     Promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiff through his attorney of record and to the clerk of the state court action.

### F. Prayer

18.     **WHEREFORE, PREMISES CONSIDERED,** Defendant Sam's East, Inc. requests that this Court proceed with the handling of this cause of action as if it had been originally filed herein, that this Court make such orders, if any, and takes such action, if any, as may be necessary in connection with the removal of the state court action to this Court, and that it has such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

BY:     /s/ Brett H. Payne
        Brett H. Payne
        Texas Bar Number 00791417
        WALTERS, BALIDO & CRAIN, L.L.P.
        Great Hills Corporate Center
        9020 N. Capital of Texas Highway
        Building I, Suite 170
        Austin, Texas 78759
        Phone: 512-472-9000
        Fax: 512-472-9002
        Email: paynevfax@wbclawfirm.com

ATTORNEY FOR DEFENDANT
SAM'S EAST, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered via electronic service and or email in accordance with the Federal Rules of Civil Procedure, on the 14th day of December 2023 to the following parties or attorneys of record:.

Arash Karimi – 24128934
DANIEL STARK, P.C.
P.O. Box 1153
Bryan, TX 77806
Phone: 979-846-8686
Fax: 979-764-8002
Email: akarimi@danielstarklaw.com

/s/ Brett H. Payne
BRETT H. PAYNE